IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC FELLAND,

    Plaintiff,

v.

WISCONSIN CENTRAL LTD.,
a corporation,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-656-slc

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant Wisconsin Central against plaintiff Eric Felland granting defendant's motion for summary judgment on the elements of duty of care and foreseeability.

_____    11/7/2012
Peter Oppeneer, Clerk of Court               Date